IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN MAXWELL MONTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3271 |
| | ) | |
| v. | ) | |
| | ) | |
| BILL GIBSON, and CHRISTINE PETERSON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

After conferring with counsel for the parties,

IT IS ORDERED:

1) The parties' joint oral motion, (filing no. 102), is granted, and

   a. On or before December 13, 2011, the parties shall file with the court a joint statement of stipulated facts.

   b. On or before January 13, 2012, the parties shall file their respective summary judgment motions. Any responsive briefs filed on or before February 10, 2012. No reply shall be filed absent leave of the court.

2) The pretrial conference, including any deadlines for preparing the proposed pretrial conference order, is continued pending a ruling on the parties' dispositive motions.

3) The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: Summary Judgment motions to be filed by January 13, 2012.

DATED this 18th day of November, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge