FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

11 DEC 14 PM 1: 10

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN MAXWELL MONTIN, | ) CASE NO. 4:07CV3271 |
| | ) |
| Plaintiff, | ) |
| | ) CONSENT TO EXERCISE |
| vs. | ) OF JURISDICTION BY A UNITED |
| | ) STATES MAGISTRATE JUDGE |
| BILL GIBSON and CHRISTINE PETERSON, | )              AND |
| | ) ORDER OF REFERENCE |
| | ) |
| Defendants. | ) |

CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

/s/ Michael D. Gooch

Michael D. Gooch 15273
Attorney for Plaintiff
1004 South 131st Avenue
Omaha, NE 68154
(402) 333-0722
mdgooch@cox.net

/s/ Michael J. Rumbaugh

Michael J. Rumbaugh 13612
Assistant Attorney General
1221 "N" Street, Suite 500
Lincoln, NE 68508
(402) 471-2989
mike.rumbaugh@nebraska.gov

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Cheryl Zwart, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

_12/14/11_
Date

_[signature]_
United States District Judge